# United States Court of Appeals
## For the First Circuit

No. 21-1058

JOHN DOE; CHARLES COE; JANE ROE; DEBORAH A. TAYLOR, as guardian for Scott Stephen Johnstone, on behalf of themselves and all others similarly situated,

Plaintiffs - Appellees,

NEW HAMPSHIRE HOSPITAL ASSOCIATION; ALICE PECK DAY MEMORIAL HOSPITAL; ANDROSCOGGIN VALLEY HOSPITAL; CATHOLIC MEDICAL CENTER; CHESHIRE MEDICAL CENTER; COTTAGE HOSPITAL; ELLIOT HOSPITAL; FRISBIE MEMORIAL HOSPITAL; HCA HEALTH SERVICES OF NEW HAMPSHIRE, (Parkland Medical Center and Portsmouth Regional Hospital); HUGGINS HOSPITAL; LITTLETON HOSPITAL ASSOCIATION, (Littleton Regional Hospital); LRGHEALTHCARE, (Franklin Regional Hospital and Lakes Region General Hospital); MARY HITCHCOCK MEMORIAL HOSPITAL; MONADNOCK COMMUNITY HOSPITAL; NEW LONDON HOSPITAL; SPEARE MEMORIAL HOSPITAL; UPPER CONNECTICUT VALLEY HOSPITAL; VALLEY REGIONAL HOSPITAL; WEEKS MEDICAL CENTER,

Intervenor - Plaintiffs - Appellees,

v.

LORI SHIBINETTE, Commissioner, NH Department of Health and Human Services, official capacity,

Defendant - Appellant,

SOUTHERN NEW HAMPSHIRE MEDICAL CENTER; CONCORD HOSPITAL; ST. JOSEPH'S HOSPITAL, Nashua; MEMORIAL HOSPITAL, North Conway,

Defendants \ Intervenor-Plaintiffs - Appellees,

NEW HAMPSHIRE CIRCUIT COURT DISTRICT DIVISION,

Defendant,

HONORABLE DAVID D. KING,

Third Party Defendant.

**MANDATE**

Entered: November 16, 2021

In accordance with the judgment of October 26, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Gilles R. Bissonnette
Aaron J. Curtis
Anthony J. Galdieri
Samuel R. V. Garland
James P. Harris
Henry R. Klementowicz
Mark G. Lavoie
Colin McGrath
Russell B. Pierce Jr.
Michael D. Ramsdell
Theodore E. Tsekerides
Daniel Edward Will